IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Repairify, Inc., d/b/a asTech,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:19-CV-1370** |
| | § | |
| **AirPro Diagnostics LLC,** | § | |
| | § | |
| *Defendant.* | § | |

### APPENDIX OF EXHIBITS TO DEFENDANT AIRPRO DIAGNOSTICS, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Defendant AirPro Diagnostics, LLC attaches this Appendix of Exhibits to its Response in Opposition to Plaintiff's Motion for Expedited Discovery pursuant to Judge Procedure 6B.

| IDENTIFIER | EXHIBIT DESCRIPTION | RECORD PAGES |
|---|---|---|
| A | Affidavit of Lonnie E. Margol | Appendix 001 – Appendix 003 |
| B | *Better Packages, Inc. v. Zheng* | Appendix 004 – Appendix 007 |
| C | *Bug Juice Brands, Inc. v. Great Lakes Bottling Co.* | Appendix 008 – Appendix 009 |
| D | *Energy Production Corp. v. Northfield Ins. Co.* | Appendix 010 – Appendix 036 |
| E | *Larson v. Galliher* | Appendix 037 – Appendix 040 |
| F | *OrthoAccel Techs., Inc. v. Propel Orthodontics* | Appendix 041 – Appendix 045 |
| G | *Paul v. Aviva Life and Annuity Co.* | Appendix 046 – Appendix 047 |
| H | *Philadelphia Newspapers, Inc. v. Gannett Satellite Info. Network, Inc.* | Appendix 048 – Appendix 050 |
| I | *Philip Morris USA, Inc. v. Tin's, Inc.* | Appendix 051 |
| J | *Proctor & Gamble Co. v. Ranir, LLC* | Appendix 052 – Appendix 056 |
| K | *Rodale, Inc. v. U.S. Preventive Med., Inc.* | Appendix 057 – Appendix 058 |

Respectfully submitted,

*/s/ Brett M. Chisum*
Brett M. Chisum
*Attorney-in-Charge*

        State Bar No. 24082816
        Southern District of Texas Bar No. 2099500
        bchisum@mccathernlaw.com
        Doni Mazaheri
        State Bar No. 24110864
        Southern District of Texas Bar No. 3380638
        dmazaheri@mccathernlaw.com
        McCathern, PLLC
        Regency Plaza
        3710 Rawlins, Suite 1600
        Dallas, Texas 75219
        214-741-2662 Telephone
        214-741-4717 Facsimile
        ***Attorneys for Defendant AirPro***
        ***Diagnostics, LLC***

## **CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, a copy of the foregoing has been served on all counsel of record through the Court's electronic filing system on May 28, 2019.

        */s/ Brett M. Chisum*
        Brett M. Chisum