# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Repairify, Inc., d/b/a asTech,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-1370 |
| **AirPro Diagnostics LLC,** | § § § | |
| *Defendant.* | § § | |

## AFFIDAVIT OF LONNIE E. MARGOL

Before me the undersigned authority personally appeared, Lonnie E. Margol, who, after being duly sworn, deposes and states as follows:

1. I am over 18 years of age and am fully competent to make this Affidavit. I have never been convicted of a felony or a crime of moral turpitude.

2. I make the following statements based on personal knowledge of the facts stated herein.

3. I am the CEO of AirPro Diagnostics, LLC ("AirPro Diagnostics").

4. I have reviewed the expedited discovery requests made by asTech, and the breadth and scope of those requests would create a significant financial and logistical burden on AirPro and its business.

5. AirPro has 61 employees company-wide, each of whom receive hundreds, some thousands of emails each month. The process of searching, reviewing, and segregating emails responsive to asTech's requests would grind AirPro's business to a halt, especially given the shortened, 14-day response time. I would estimate that a minimum of four to six employees would be needed to work full time on combing through AirPro's email communications in order to

respond to asTech's discovery requests.

6. A similar search would be needed to determine whether any employees have documents responsive to asTech's requests. I estimate there are tens, if not hundreds of thousands of pages of documents that are potentially responsive to these discovery requests. I would estimate that I would need another four to six employees to search through our systems to find, organize, and produce potentially relevant documents to our attorney for review – all within a 14-day time period.

7. In total, asTech's discovery requests would require at least eight to 12 employees working full-time to locate, organize, and segregate documents potentially responsive to asTech's requests. For a small business, having twenty percent (20%) of my staff stop their day-to-day jobs to search for documents and emails is an extreme burden that would cost my company significantly.

[*Remainder of Page Left Intentionally Blank*]

**FURTHER AFFIANT SAYETH NOT**

_____
Lonnie E. Margol

STATE OF FLORIDA
COUNTY OF DUVAL

Sworn to and subscribed before me this 25 day of May, 2019. Such person did take an oath and: *(Notary must check applicable box).*

☐ is/are personally known to me.
☑ produced a current Florida driver's license as identification.
☐ produced _____ as identification.

{Notary Seal must be affixed}

_____
SIGNATURE OF NOTARY

BRUNO SANGSTEN
Name of Notary *(Typed, Printed or Stamped)*

BRUNO EMANUEL SANGSTER
Notary Public – State of Florida
Commission # GG 142877
My Comm. Expires Sep 13, 2021

3

**APPENDIX 003**